No. 75–1352. Behring Corp. *v.* Bennett et al. C. A. 5th Cir. Certiorari denied.

No. 75–1358. Parker *v.* Motorola, Inc. C. A. 5th Cir. Certiorari denied.

No. 75–1359. Democratic Executive Committee of Columbiana County et al. *v.* Brown, Secretary of State of Ohio. C. A. 6th Cir. Certiorari denied.

No. 75–1361. Cella et ux. *v.* Partenreederei MS Ravenna et al. C. A. 1st Cir. Certiorari denied.

No. 75–1369. Union Planters National Bank of Memphis *v.* Aztec Properties, Inc. Sup. Ct. Tenn. Certiorari denied.

No. 75–1371. International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America *v.* Great Coastal Express, Inc. C. A. 4th Cir. Certiorari denied.

No. 75–1375. Federal Commerce & Navigation Co., Ltd. *v.* The Marathonian et al. C. A. 2d Cir. Certiorari denied.

No. 75–1376. Prudential Insurance Company of America *v.* National Labor Relations Board et al. C. A. 6th. Certiorari denied.

No. 75–1388. George *v.* Wake County Opportunities, Inc. Ct. App. N. C. Certiorari denied.

No. 75–1398. Wolfer et ux. *v.* Thaler et al. C. A. 5th Cir. Certiorari denied.